## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

EEOC

                        Plaintiff,

v.                                                    Case No.: 1:19−cv−06021
                                                      Honorable Sara L. Ellis

Union Pacific Railroad Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 13, 2019:

       MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion to stay [11]. The Court stays this case, including Defendant's responsive pleading and the initial joint status report, pending resolution of this matter through a consent decree. The Court strikes the initial status date of 11/21/19 and resets it to 1/28/20 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.